## Ex Parte Martinez.

Apelación procedente de la Corte de Distrito de San Juan.

No. 121.—Resuelto en Junio 15, 1904.

Dominio—Prescripción.—Acreditada por el promovente de una información de dominio la posesión quieta y pacífica, y sin interrupción, de los bienes objeto de la misma, por un término mayor de ocho años, constituye ello una prueba suficiente de la adquisición del dominio de tales bienes por medio de la prescripción ordinaria.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San Juan á instancia de Don José Martinez Crespo sobre acreditar el dominio de una finca rústica, pendientes ante Nos á virtúd del recurso de apelación interpuesto por la representación del promovente, contra la sentencia dictada por el referido Tribunal, la que copiada á la letra dice así:

Puerto Rico Septiembre primero de mil novecientos tres.

*Resultando*: que el abogado Don Luis Freyre Barbosa en representación de Don José Martinez Crespo acudió al Tribunal en dos de Abril del año corriente alegando que su causa-habiente careciendo de título inscrito de dominio deseaba acreditar con arreglo al artículo 395 de la Ley Hipotecaria y Orden Judicial de 4 de Abril de 1899, el que tiene del terreno siguiente: compuesto de catorce y media cuerdas situadas en el barrio de Candelaria de Bayamón, antes Toa-Baja, colindando por el Norte con Felix Santiago, con Don Higinio Soler y Doña María Rivera, por el Sur con Don Pedro Giusti; y por el Este con Mr. Plat y por el Oeste con la sucesión de Domingo Estrada, en cuyos terrenos construyó, á sus expensas, una casa, habiendo él adquirido el terreno de Don Pedro Giusti, en al año 1895, el cual había poseido dicho terreno quieta y pacíficamente por espacio de más de 30 años, sin oposición de nadie, solicitando la publicación de edictos y las citaciones requeridas por la ley y que se declare justificado el dominio de su causa-habiente, después de haberse practicado la información testifical, con los interrogatorios siguientes: Primero, Generales de la Ley. Segundo. Ser cierto y constarle que Don Pedro Giusti vino poseyendo quieta y pacíficamente sin oposición de nadie, por espacio de más de 30 años la finca que se describe en el cuerpo de este escrito. Tercero. Ser cierto que esa propiedad y posesión la trasmitió en virtud de contrato de compra-venta, harán unos ocho años el Sr. Giusti á mí representado, quién desde entónces la ha venido poseyendo quieta y pacíficamente, igualmente sin oposición de nadie. Cuarto. Ser cierto y constarle que la casa construida en el descrito terreno la construyó con su peculio, mi representado. Quinto. Ser lo declarado público y notorio.

*Resultando*: que evacuado el traslado por el Ministerio Fiscal, publicados los edictos y citados los colindantes y el anterior poseedor contestaron tres testigos al interrogatorio. Primero, que son mayores de edad, sin expresar el número de años que tenían, al segundo que Don Pedro Giusti poseyó sin oposición de nadie la finca descrita por más de 30 años, al tercero, cuarto y quinto interrogatorio contestaron igualmente en la forma afirmativa.

*Resultando*: que celebrada la comparecencia verbal que determina la ley con citación del señor Fiscal, compareció el Letrado representante de la parte promovente, el que alegó lo que estimó conducente á su derecho.

*Considerando* que la información testifical practicada está defectuosa para llenar los requisitos de un criterio racional, pues los testi-

gos no han contestado en forma legal, al interrogatorio primero de las generales de la ley y no indicaron el número de años de edad que tenían, tratándose, como se trata en este caso, de una posesión de más de 35 años, no declarando además la razón de su dicho. Se declara sin lugar la solicitud de dominio interesada. Así lo acordaron y firman los Jueces del Tribunal: certifico.—Frank H. Richmond, Otto Schoenrich, José Tous Soto. Luis Mendez Vaz.''

*Resultando*: que contra esta sentencia interpuso apelación la representación del promovente, y que admitido el recurso libremente y en ambos efectos, se elevaron los autos á esta Superioridad, con citación y emplazamiento de las partes, y personado el apelante, y sustanciado en forma el recuso, se señaló día para la vista, á cuyo acto sólo asistió el Sr. Fiscal de este Tribunal Supremo, que impugnó el recurso.

Abogado del apelante: *Sr. Freyre Barbosa.*

Abogado del Pueblo: *Sr. del Toro,* Fiscal.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Considerando* que el testimonio de los tres testigos que han declarado en estos autos, mayores de edad y vecinos de la localidad donde radican los terrenos, en cuanto afirman que el promovente Don José Martinez Crespo ha venido poseyéndolos por más de ocho años quieta y pacíficamente y sin interrupción, y que los hubo por compra á Don Pedro Giusti, constituye una prueba suficiente de la adquisición del dominio de los terrenos de que se trata, por medio de la prescripción ordinaria, con arreglo á la Orden Judicial de 4 de Abril de 1899, que es de aplicación al caso.

*Visto* el artículo 395 de la Ley Hipotecaria, la Orden General citada y el artículo 1840 del vigente Código Civil.

*Fallamos* que debemos revocar y revocamos la sentencia apelada, declarando que á Don José Martinez Crespo corresponde el dominio del terreno reseñado en el escrito inicial del

presente informativo; y en su consecuencia expídasele cópia certificada de la presente resolución y de las demás constancias de los autos que solicitare, para su inscripción en el Registro de la Propiedad.

Jueces concurrentes; Sres. Hernández, Figueras y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.